# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC KEVIN DANSBY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00341-ACA-SGC |
| GWENDOLYN GIVENS, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on May 6, 2021, recommending that the court dismiss this action without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 15). Although the magistrate judge advised Plaintiff Eric Kevin Dansby of his right to file specific written objections by May 20, 2021, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ACCEPTS** the magistrate judge's report and **ADOPTS** her recommendation. The court therefore **WILL DISMISS** this action **WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this June 4, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE